■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSA Y. RESTO, Appellant. [913 NYS2d 623]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen K. Lindley, J.), rendered September 13, 2007. The judgment convicted defendant, upon a nonjury verdict, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon a nonjury verdict of manslaughter in the first degree (Penal Law § 125.20 [1]). Defendant failed to preserve for our review her challenge to the legal sufficiency of the evidence (*see People v Gray*, 86 NY2d 10, 19 [1995]). We reject the further contention of defendant that she was denied effective assistance of counsel (*see People v McDaniel*, 13 NY3d 751 [2009]; *People v Forsythe*, 59 AD3d 1121, 1123 [2009], *lv denied* 12 NY3d 816 [2009]; *see generally People v Baldi*, 54 NY2d 137, 147 [1981]). Finally, the sentence is not unduly harsh or severe. Present— Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.